

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO CENTRAL APPRAISAL DISTRICT AND DINAH L. KILGORE, IN HER OFFICIAL CAPACITY AS CHIEF APPRAISER OF EL PASO CENTRAL APPRAISAL DISTRICT, | § § § § | No. 08-14-00283-CV<br><br>Appeal from<br><br>County Court at Law No. 5 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC # 2014-DCV-0446) |
| WESTERN REFINING COMPANY, L.P., | § | |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion filed by Appellants, El Paso Central Appraisal District and Dinah L. Kilgore, in her official capacity as Chief Appraiser of El Paso Central Appraisal District, and Appellee, Western Refining Company, L.P., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

March 19, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)